JS 44 (Rev. 09/11) Case: 1:13-cv-02140 Document #: 2 Filed: 03/20/13 Page 1 of 1 PageID #:21

CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS
LEE MOMIENT

**DEFENDANTS**
NORTHWEST COLLECTORS, INC

(b) County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
NOTE: In land condemnation cases, use the location of the tract of land involved.

(c) Attorneys (Firm Name, Address, and Telephone Number)
LEE MOMIENT
PO BOX 608082
CHICAGO IL 60660

Attorneys (If Known)
BRUCE M JANCOVIC (AGENT)
1420 RENAISSANCE DRIVE 313
PARK RIDGE IL 60068

FILED
MAR 20 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1  DEF [ ] 1
Incorporated or Principal Place of Business In This State: PTF [ ] 4  DEF [X] 4

## IV. NATURE OF SUIT
[X] 480 Consumer Credit

13cv2140
Judge Zagel
Mag. Judge Valdez

## V. ORIGIN
(blank)

## VI. CAUSE OF ACTION
VOLATIONS OF THE FDCPA, FCRA AND TCPA

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ >$100,000.00
JURY DEMAND: [X] Yes

## IX. This case
[X] is not a refiling of a previously dismissed action

Date: 3/20/2013
Signature of Attorney of Record: /s/ Lee Momient