

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Lee Momient - (e-filer)
(Please print)

**STREET ADDRESS:** p.o. box 608082

**CITY/STATE/ZIP:** chicago, il 60660

**PHONE NUMBER:** 773-712-3989

13cv2140
Judge Zagel
Mag. Judge Valdez

**CASE NUMBER:** _____

_____          03/20/2013
Signature                        Date

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐ I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
E-Mail Address

**FILED**

MAR 2 0 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT